Brian M. English
Matthew P. O'Malley
TOMPKINS, MCGUIRE, WACHENFELD & BARRY, LLP
Four Gateway Center
100 Mulberry Street, Suite 5
Newark, N.J.  07102-4056
Tel. (973) 623-7491
Fax  (973) 623-7481
benglish@tompkinsmcguire.com

*Attorneys for Plaintiffs sanofi-aventis Deutschland GmbH,
Aventis Pharma S.A., Abbott GmbH & Co. KG, and Abbott Laboratories*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH, and AVENTIS PHARMA S.A., ABBOTT GMBH & CO. KG, and ABBOTT LABORATORIES,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br><br>GLENMARK PHARMACEUTICALS INC., USA and GLENMARK PHARMACEUTICALS LTD.,<br><br>　　　　Defendants. | Civil Action No. 07-CV-05855(DMC)(MF)<br><br><br>**BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L. CIV. R. 5.3** |

　　　　Plaintiffs sanofi-aventis Deutschland GmbH, Aventis Pharma S.A., Abbott GmbH & Co. KG, and Abbott Laboratories (collectively, "Plaintiffs"), pursuant to Local Civil Rule 5.3, respectfully submit this Brief in Support of their motion to seal certain materials in connection with Plaintiffs' Opposition to the Motion for Summary Judgment by Defendants Glenmark Pharmaceuticals Inc., USA and Glenmark Pharmaceuticals Ltd. (collectively, "Glenmark") that

Claims 1-4, 7 and 10 of U.S. Patent 5,721,244 are Invalid ("Plaintiffs' Opposition") which is being filed simultaneously with the Court.

Plaintiffs request the following materials be sealed:

(i) Unredacted version of Plaintiffs' Memorandum of Law in Opposition to Glenmark's Motion for Summary Judgment that Claims 1-4, 7 and 10 of U.S. Patent 5,721,244 are Invalid, with redacted portions referring to information designated confidential by Plaintiffs;

(ii) Unredacted version of Plaintiffs' Supplemental Statement of Undisputed Facts in Support of Their Opposition to Glenmark's Motion for Summary Judgment that Claims 1-4, 7 and 10 of U.S. Patent 5,721,244 are Invalid, with redacted portions referring to information designated confidential by Plaintiffs;

(iii) Unredacted version of Plaintiffs' Response to Glenmark's Statement of Material Facts Not in Dispute in Support of Their Motion for Summary Judgment that Claims 1-4, 7 and 10 of U.S. Patent 5,721,244 are Invalid, with redacted portions referring to information designated confidential by Plaintiffs;

(iv) Unredacted version of the Declaration of Dr. Robert W. Piepho, with redacted portions referring to information designated confidential by Plaintiffs; and

(v)     Unredacted version of the Declaration of Sapna W. Palla in Support of Plaintiffs' Opposition, with redacted portions referring to information designated confidential by Plaintiffs.

The Court entered a Stipulated Discovery Confidentiality Order on July 16, 2008 to govern information produced during discovery in this case. ( Dkt. 20.) Pursuant to the Stipulated Discovery Confidentiality Order, all parties may maintain the confidentiality of their sensitive and confidential information.  During the course of discovery, confidential information has been designated by the parties as such.

In this context, Plaintiffs request the Court to seal the afore-said materials because the materials contain either documents and/or information garnered from the documents which Plaintiffs have designated as "Confidential" pursuant to the Stipulated Protective Order. Plaintiffs assigned these designations to protect their business interests, and should the relief sought herein be denied, Plaintiffs contend that disclosure of such information would result in serious competitive injury. See L. Civ. R. 5.3(c)(2).

Therefore, Plaintiffs respectfully submit that the afore-mentioned materials should be permitted to be filed under seal in order to preserve their confidentiality, as designated by Plaintiffs.

Dated: September 21, 2009

OF COUNSEL:

Benjamin C. Hsing
Sapna W. Palla
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000
Fax. (212) 836-8689

*Attorneys for Plaintiffs*
*sanofi-aventis Pharma Deutschland GmbH and*
*Aventis Pharma S.A.*

John Allcock
Erica Pascal
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, California 92101
Tel. (619) 699.2639 T
Fax  (619) 699.2701 F

*Attorneys for Plaintiffs*
*Abbott GmbH & Co. KG and Abbott*
*Laboratories*

By:/s/ Brian M. English_____

Brian M. English
Matthew P. O'Malley
TOMPKINS, MCGUIRE,
WACHENFELD & BARRY, LLP
Four Gateway Center
100 Mulberry Street, Suite 5
Newark, N.J.  07102-4056
Tel. (973) 623-7491
Fax  (973) 623-7481
benglish@tompkinsmcguire.com

*Attorneys for Plaintiffs sanofi-aventis*
*Deutschland GmbH, Aventis Pharma S.A.,*
*Abbott GmbH & Co. KG, and Abbott*
*Laboratories*

-4-