Brian M. English
Matthew P. O'Malley
TOMPKINS, MCGUIRE,
WACHENFELD & BARRY, LLP
Four Gateway Center
100 Mulberry Street, Suite 5
Newark, N.J.  07102-4056
Tel. (973) 623-7491
Fax  (973) 623-7481
benglish@tompkinsmcguire.com

*Attorneys for Plaintiffs sanofi-aventis
Deutschland GmbH, Aventis Pharma S.A.,
Abbott GmbH & Co. KG, and Abbott Laboratories*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH, AVENTIS PHARMA S.A., ABBOTT GMBH & CO. KG, and ABBOTT LABORATORIES,<br><br>                    Plaintiffs,<br><br>        v.<br><br>GLENMARK PHARMACEUTICALS INC., USA, and<br>GLENMARK PHARMACEUTICALS LTD.<br><br>                    Defendants. | Civil Action No. 07-CV-05855<br>(DMC-MF)<br><br>**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION WITH TEMPORARY RESTRAINTS** |

**THIS MATTER** having been opened to the Court by Tompkins, McGuire, Wachenfeld & Barry LLP, attorneys for Plaintiffs sanofi-aventis Deutschland GmbH, Aventis Pharma S.A., Abbott GmbH & Co. KG, and Abbott Laboratories ("Plaintiffs"), for entry of an Order to Show Cause, pursuant to Local Civil Rule 65.1 and Federal Rule of Civil Procedure 65, for a Preliminary Injunction with Temporary Restraints against defendants Glenmark Pharmaceuticals

Inc., USA and Glenmark Pharmaceuticals Ltd. ("Glenmark"), upon notice to Glenmark's counsel, and after consideration of Plaintiffs' application, Plaintiffs' Memorandum of Law in support of Plaintiffs' Application for an Order to Show Cause seeking a Preliminary Injunction with Temporary Restraints against Glenmark, declarations of Jeffery D. Winkler dated May 14, 2010, Ph.D., Robert M. Carey, M.D. dated May 14, 2010, Robert W. Piepho, Ph.D. dated May 14, 2010, Mohan Rao, Ph.D. dated May 14, 2010, Margarita I. Chavez dated May 13, 2010, Michael A. Jones dated May 13, 2010 and Seth A. Skiles dated May 14, 2010, and all supporting papers, and for good cause shown;

**IT IS** on this ___ day of _____, 2010:

**ORDERED** that Glenmark show cause before this Court at the United States District Court at the United States District Courthouse, located in Newark, New Jersey, on the ___ day of _____, 2010, at _____ o'clock in the _____ noon or such date or as soon thereafter as counsel may be heard, why an Order should not be entered:

1.  Ordering Glenmark and all of its officers, agents, servants, employees and attorneys, and all persons in active concert or participation or privity with any of them, that they are preliminarily enjoined from infringing claims 1-4, 7 and 10 of United States Patent No. 5,721,244 by engaging in the commercial manufacture, use, offer to sell, or sale within the United States of, or from importing into the United States, its generic Tarka® products that are the subject of Abbreviated New Drug Application ("ANDA") No. 79-135.

2.  Ordering that the preliminary injunction shall be effective until the outcome of the litigation on the merits of this action results in a lifting of the preliminary injunction or the entry of a permanent injunction against Glenmark or until such other date as ordered by this Court.

**IT IS FURTHER ORDERED** that until Plaintiffs' application for a preliminary injunction is decided, and in order to avoid irreparable harm to Plaintiffs, Glenmark and all of its officers, agents, servants, employees and attorneys, and all persons in active concert or participation or privity with any of them, are hereby temporarily restrained, ordered and enjoined from engaging in the commercial manufacture, use, offer to sell, or sale within the United States of, or from importing into the United States, its generic Tarka® products that are the subject of ANDA No. 79-135 and thereby infringing claims 1-4, 7 and 10 of United States Patent No. 5,721,244.

**IT IS FURTHER ORDERED** that Glenmark shall serve upon counsel for Plaintiffs and file with the Court any opposition to this application on or before _____ 2010; and

**IT IS FURTHER ORDERED** that Plaintiffs may serve upon counsel for Glenmark and file with the Court any reply papers on or before _____ 2010.

**SO ORDERED** this ____ day of _____, 2010.

_____
Dennis M. Cavanaugh
United States District Judge