Brian M. English
Matthew P. O'Malley
TOMPKINS, MCGUIRE,
WACHENFELD & BARRY, LLP
Four Gateway Center
100 Mulberry Street, Suite 5
Newark, N.J. 07102-4056
Tel. (973) 623-7491
Fax (973) 623-7481
benglish@tompkinsmcguire.com

*Attorneys for Plaintiffs sanofi-aventis*
*Deutschland GmbH, Aventis Pharma S.A.,*
*Abbott GmbH & Co. KG, Abbott Laboratories*
*and Abbott Laboratories Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH, AVENTIS PHARMA S.A., ABBOTT GMBH & CO. KG, ABBOTT LABORATORIES and ABBOTT LABORATORIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GLENMARK PHARMACEUTICALS INC., USA, and<br>GLENMARK PHARMACEUTICALS LTD.<br><br>Defendants. | Civil Action No. 07-CV-05855 (DMC-JAD)<br><br>**RETURN DATE**<br>**JANUARY 4, 2011**<br><br>**ORAL ARGUMENT REQUESTED** |

### NOTICE OF PLAINTIFFS' MOTION IN LIMINE NO. 4

To: Robert J. Fettweis
TRESSLER LLP
744 Broad Street - Suite 1510
Newark, New Jersey 07102

PLEASE TAKE NOTICE that on January 4, 2011, or a date and time set by the Court, Plaintiffs Sanofi-Aventis Deutschland GmbH, Aventis Pharma S.A., Abbott GmbH & Co. KG, Abbott Laboratories and Abbott Laboratories Inc., will move the Court in limine for an order to exclude evidence and testimony pertaining to the payment between co-plaintiffs Aventis and Abbott under the collateral source rule and Federal Rules of Evidence 402 and 403.

The grounds for the motion are set forth in the accompanying Memorandum in support of Plaintiffs' Motion in Limine No. 4 and supported by the Declaration of Erica J. Pascal and the attached Exhibit F.

December 10, 2010

Respectfully submitted:

By: _____
Brian M. English
Matthew P. O'Malley
TOMPKINS, MCGUIRE,
   WACHENFELD & BARRY, LLP
Four Gateway Center
100 Mulberry Street, Suite 5
Newark, N.J. 07102-4056
Tel. (973) 623-7491
Fax (973) 623-7481
benglish@tompkinsmcguire.com

*Attorneys for Plaintiffs sanofi-aventis Deutschland GmbH, Aventis Pharma S.A., Abbott GmbH & Co. KG, Abbott Laboratories and Abbott Laboratories Inc.*

OF COUNSEL:

Benjamin C. Hsing
Sapna W. Palla
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000

John Allcock
Erica Pascal
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, California 92101
Tel. (619) 699.2639 T

Fax. (212) 836-8689

*Attorneys for Plaintiffs*
*sanofi-aventis Pharma Deutschland GmbH and*
*Aventis Pharma S.A.*

Fax  (619) 699.2701 F

Stuart E. Pollack
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel. (212) 335 4964
Fax (212)884 8464

*Attorneys for Plaintiffs*
*Abbott GmbH & Co. KG, Abbott*
*Laboratories and Abbott Laboratories Inc.*