Brian M. English
Matthew P. O'Malley
TOMPKINS, MCGUIRE,
WACHENFELD & BARRY, LLP
Four Gateway Center
100 Mulberry Street, Suite 5
Newark, N.J.  07102-4056
Tel. (973) 623-7491
Fax  (973) 623-7481
benglish@tompkinsmcguire.com

*Attorneys for Plaintiffs sanofi-aventis
Deutschland GmbH, Aventis Pharma S.A.,
Abbott GmbH & Co. KG, Abbott Laboratories
and Abbott Laboratories Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH, AVENTIS PHARMA S.A., ABBOTT GMBH & CO. KG, ABBOTT LABORATORIES and ABBOTT LABORATORIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> GLENMARK PHARMACEUTICALS INC., USA, and GLENMARK PHARMACEUTICALS LTD. <br><br> Defendants. | Civil Action No. 07-CV-05855 (DMC-JAD) <br><br> **RETURN DATE JANUARY 4, 2011** |

**DECLARATION OF ERICA J. PASCAL IN SUPPORT OF
PLAINTIFFS' MOTIONS IN LIMINE NOS. 3-5**

I, Erica J. Pascal, hereby declare and state as follows:

1. I am an attorney duly admitted to practice law in the State of California and am an associate with the law firm of DLA Piper LLP (US) ("DLA Piper"). I make this declaration of my own personal knowledge, and if called upon to do so, could and would competently testify thereto.

2. I am one of the attorneys representing Abbott GmhH & Co. KG, Abbott Laboratories and Abbott Laboratories Inc. ("Abbott") in the above-captioned matter. I am admitted in this case pro hac vice.

3. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 5,721,244, the patent-in-suit in this litigation. Exhibit A is submitted in support of Plaintiffs' Motion in Limine No. 5.

4. Attached hereto as Exhibit B is a true and correct copy of the curriculum vitae of Dr. Clive Rosendorff as submitted with his expert report on March 31, 2009. Exhibit B is submitted in support of Plaintiffs' Motion in Limine No. 5.

5. Attached hereto as Exhibit C is a true and correct copy of selected pages from the deposition of Dr. Clive Rosendorff taken on May 22, 2009. Exhibit C is submitted in support of Plaintiffs' Motion in Limine No. 5.

6. Attached hereto as Exhibit D is a true and correct copy of selected pages from the deposition of Dr. Clive Rosendorff taken on December 3, 2010. Exhibit D is submitted in support of Plaintiffs' Motion in Limine No. 5.

7. Attached hereto as Exhibit E is a true and correct copy of the Expert Report of Mr. Ivan Hofmann dated November 16, 2010. Exhibit E is submitted in support of Plaintiffs' Motion in Limine No. 3.

8. Attached hereto as Exhibit F is a true and correct copy of the 2004 Manufacturing Rights Purchase and License Agreement, bates numbered ABT025190-ABT025232.  Exhibit F is submitted in support of Plaintiffs' Motion in Limine No. 4.

I declare under penalty of perjury that the foregoing is true and correct.

December 10, 2010

_____
ERICA J. PASCAL