TRESSLER LLP
Robert J. Fettweis
744 Broad Street – Suite 1510
Newark, New Jersey 07102
(973) 848-2900

*Of Counsel:*
KENYON & KENYON LLP
James Galbraith
Huiya Wu
Lee B. Shelton
John Resek
Hany W. Rizkalla
One Broadway
New York, NY 10004
(212) 425-7200

*Attorneys for Defendants Glenmark Pharmaceuticals Inc., USA
and Glenmark Pharmaceuticals Ltd.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH, AVENTIS PHARMA S.A., ABBOTT GMBH & CO. KG, ABBOTT LABORATORIES, and ABBOTT LABORATORIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GLENMARK PHARMACEUTICALS INC., USA, and GLENMARK PHARMACEUTICALS LTD.<br><br>Defendants. | Hon. Dennis M. Cavanaugh, U.S.D.J.<br><br>Hon. Joseph A. Dickson, U.S.M.J.<br><br>Civil Action No. 07-CV-05855 (DMC-JAD)<br><br>**MOTION DAY:<br>JANUARY 18, 2011** |

**NOTICE OF DEFENDANTS' MOTION TO FILE DOCUMENT
UNDER SEAL PURSUANT TO L. CIV. R. 5.3**

TO: Brian M. English, Esq.
TOMPKINS, MCGUIRE,
WACHENFELD & BARRY LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that on January 18, 2011, or a date and time set by the Court, defendants Glenmark Pharmaceuticals Inc., USA, and Glenmark Pharmaceuticals Ltd. (collectively "Defendants") shall move, pursuant to Local Civil Rule 5.3(c), before the Honorable Joseph A. Dickson, U.S.M.J., at the United States District Court for the District of New Jersey, Martin Luther King Jr. Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order sealing Defendants Glenmark's Supplemental Pretrial Brief On Damages and attached exhibit.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion to Seal Defendants will rely upon the Declaration of Robert J. Fettweis.  **No brief is necessary because the basis for this application is set forth in that Declaration**.  A proposed Order is also submitted.

December 20, 2010

/s/ Robert J. Fettweis
Robert J. Fettweis
744 Broad Street – Suite 1510
Newark, New Jersey 07102
(973) 848-2900

*Of Counsel:*
KENYON & KENYON LLP
James Galbraith
Huiya Wu
Lee B. Shelton
John Resek
Hany W. Rizkalla

One Broadway
New York, NY 10004
(212) 425-7200

*Attorneys for Defendants Glenmark Pharmaceuticals Inc., USA and Glenmark Pharmaceuticals Ltd.*