UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH, AVENTIS PHARMA S.A., ABBOTT GMBH & CO. KG, ABBOTT LABORATORIES, and ABBOTT LABORATORIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GLENMARK PHARMACEUTICALS INC., USA, and GLENMARK PHARMACEUTICALS LTD.<br><br>Defendants. | Hon. Dennis M. Cavanaugh, U.S.D.J.<br><br>Hon. Joseph A. Dickson, U.S.M.J.<br><br>Civil Action No. 07-CV-05855 (DMC-JAD)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENT UNDER SEAL** |

THIS MATTER having been opened to the Court by way of motion by Tressler LLP, counsel for defendants Glenmark Pharmaceuticals Inc., USA and Glenmark Pharmaceuticals Ltd. for the entry of an Order filing under seal Defendants Glenmark's Motion *In Limine* No. 7: To Preclude The Reasonable Royalty Opinions Of Plaintiffs' Damages Expert Dr. Mohan Rao ("MIL 7"), pursuant to L. Civ. R. 5.3(c), and the court having found the likelihood of substantial harm if the information contained in MIL 7, is disclosed, and the Court having found that no less restrictive alternative to the relief sought is available, and no opposition having been filed, and for good cause shown;

IT IS on this 31st day of January, 2011,

**ORDERED** that defendants' Motion to Seal MIL 7 is granted, and MIL 7 shall be sealed pursuant to L.Civ.R. 5.3(c).

_____
Hon. Joseph A. Dickson, U.S.M.J.