# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NEW JERSEY 07102
Newark (973) 622-3000
New York (212) 714-1720
Fax (973) 623-7780
www.tompkinsmcguire.com

Brian M. English
*Partner*

Tel: (973) 623-7491
E-Fax: (973) 623-7481
benglish@tompkinsmcguire.com

November 2, 2011

<u>Via Electronic Filing</u>

William T. Walsh, Clerk
United States District Court
District of New Jersey
M.L. King, Jr., Federal Building &
U.S. Courthouse
50 Walnut St.
Newark, New Jersey 07102

   Re: sanofi-aventis Deutschland GmbH, et al. v.
      Glenmark Pharmaceuticals Inc., USA, et al.
      Civil Action No.: 07-5855 (DMC)(JAD)
      Our File No.: 4894-1
      <u>Adjournment of Motion Date Pursuant to L.Civ.R. 7.1(d)(5)</u>

Dear Mr. Walsh:

  This firm is co-counsel with Kaye Scholer LLP and DLA Piper LLP (US) for the plaintiffs in the above-referenced matter.

  Currently pending before the Court is the defendants' Renewed Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b), (Docket Entry 380), which is returnable on November 21, 2011. Plaintiffs hereby invoke L.Civ.R. 7.1(d)(5) to adjourn the defendants' motion for judgment one motion date.

  The new return date for the defendants' motion is December 5, 2011. The opposition by the plaintiffs is now due on November 21, 2011.

  Thank you for your assistance in this matter.

## TOMPKINS, McGUIRE, WACHENFELD & BARRY

Page 2

Very truly yours,

*[signature]*

For   Brian M. English
TOMPKINS, McGUIRE, WACHENFELD & BARRY

cc:   All Counsel (Via E-Mail)